PD-0042-15

Attn: Please Review For Discretionary Review- Submitted
January 07, 2015
• Court Of Criminal Appeals
• Cynthia LittleJohn and Angeli Sims

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 01 2015

Abel Acosta, Clerk

Please review enclosed complaint to the State
Commission on Judicial Conduct- Submitted
April 27, 2015.

I am able to prove that my probation stipulations
and court documents have been illegally altered
and the records falsified.

FILED IN
COURT OF CRIMINAL APPEALS

MAY 04 2015

Abel Acosta, Clerk

Please review the entire complaint. All information
and documents have been previously sent to the
Court Of Criminal Appeals. The information was
sent for the State Habeas Corpus #WR-82,187-01.
Additional and recent information has been sent
for Discretionary Review.

I can prove all of my claims and I have proved all
of my claims.

CID# 0718569                     Leticia McWilliams
Case # 1174887

Appellate #02-14-00142            April 28, 2015

Leticia McWilliams

Attn: Reporting Crime and Judicial Misconduct
• State Comission on Judicial Conduct
• Cynthia Little John and Angeli Sims

Judge Robb Catalano, Criminal District Court Three Tarrant County Texas. Is fully and completely aware of Tarrant County Texas Probation Department's criminal actions. Judge Robb Catalano failed to address the probation department's actions, instead, condoned their actions. Resulting in my Civil Rights and Constitional Rights being violated. I did not receive a Fair Trial and I was illegaly incarcerated. A Hold-No Bond was put in place on February 04, 2014, without a bail hearing and never lifted. I remain illegally incarcerated.

\* The Court Of Criminal Appeals has been given a copy of this information. \*

Please Review Information Enclosed:

1.) Letter- From William H. "Bill" Ray- Dated July 09, 2014
2.) 2 Letters- Sent For Discretionary Review- Dated (April 07, 2014?)
3.) Attachment (A) Order To withdraw Funds- Dated April 10, 2014
4.) Appeal Request- Dated April 08, 2014
5.) Copy Of The Envelope Containing Appeal Request

Leticia McWilliams

6.) Page (7) Of Petition To Revoke Hearing Record

7.) Conditions Of Community Supervision (probation stipulations) - Filed January 19, 2010

8.) Judgment Of Conviction By Court - Waiver Of Jury Trial - Signed And Entered On January 22, 2010 (no file date)

9.) Judgment And Sentence Fingerprint Page - Dated January 19, 2010

10.) Supplement/Amendment To Conditions Of Community Supervision Mentally Impaired Offenders - Filed January 19, 2011

11.) Petition To Revoke Probated Sentence - Filed July 22, 2011

12.) Supplement/Amendment To Conditions Of Community Supervision - Filed October 13, 2011

13.) Motion To Dismiss Petition To Revoke Probation Or Petition To Proceed To Adjudication - Filed October 13, 2011

14.) State's Second Petition To Revoke Probated Sentence - Filed February 04, 2014

15.) Judgment Revoking Community Supervision - Signed And Entered On - April 10, 2014 (no file date)

16.) Judgment And Sentence Fingerprint Page - Dated April 04, 2014

CID # 0718569

Case # 1174887

Appellate # 02-14-00142 CR

Leticia McWilliams

April 27, 2015

Leticia M. Williams

Attn: Reporting Crime and Judicial Misconduct
• State Commission on Judicial Conduct
• Cynthia LittleJohn and Angeli Sims

I am reporting the crimes and judicial misconduct of Tarrant County Texas Jim Curry Justice Center Criminal District Court Three Judge Robb Catalano. Tarrant County Texas Probation Department.

My probation was revoked on April 04, 2014 based on a fraudulent document containing false information. That document is the State's Second Petition To Revoke Probated Sentence. The signature for Judge Robb Catalano does not belong to Judge Robb Catalano. Making the document a fraudulent document. I was sentenced to 4 years, TDCJ.

My probation stipulations and court documents have been illegally altered and the record falsified. Due to the fact that I am incarcerated. I do not have the illegally altered documents and original documents to submit together. However, I can still prove my claims.

1.) Conditions Of Community Supervision (probation stipulations) Filed January 19, 2010:
• Page 1 of 3 number (2) state's, no excessive consumption of any alcoholic beverage
• Page 2 of 3 box (d.) is NOT checked. Stating, Do not use, possess or consume any alcoholic beverage.



Leticia Mc Williams

The illegally altered version of this document. The word excessive has been scratched out. Box (d.) has been (x) out. Initials have been placed by both changes.

Please review the Petition To Revoke Probated Sentence - Filed July 22, 2011:
• Page 2 - Violation 2 Alcohol - State's the Defendant was ordered by the Court to not use, possess or consume any alcoholic beverage.
• Page 5 - The signature does not belong to Judge Robb Catalano

The Petition To Revoke Probated Sentence is a fraudulent document containing false information. The false information contained in this document. Proves the Conditions Of Community Supervision (probation stipulations) was illegally altered and the record falsified.

2.) Judgment Of Conviction By Court - Waiver Of Jury Trial - Signed and Entered on January 22, 2010 (no file date). Not filed in court.
• Presiding Judge - Honorable Judge Elizabeth Berry
• Charge - Intoxication Assault
• State ID No: TX 08065482 (state prisoner ID number) is attached to this document and my thumbprint
• Any Programs Probation Reccomends
• SCRAM (no timeframe specified)
• Judge Elizabeth Berry Signature

Please review the Conditions Of Community Supervision



Leticia Mc Williams
(probation stipulations)-Filed January 19, 2010
• The signature of the presiding and convicting judge is not Judge Elizabeth Berry (was not the presiding judge)
• The charge is Intoxication Assault-SBI. NOT, Intoxication Assault. Please review the State's First and Second Petition To Revoke Probated Sentence. The charge is Intoxication Assault-Serious Bodily Injury. Please review page 7 of the Petition To Revoke Probation Hearing Record. The charge is Intoxication Assault-Serious Bodily Injury. NOT, Intoxication Assault.
• There is no State ID No: TX08065482 attached to this document and my thumbprint. I was placed on 10 years probation. Not sentenced to prison (TDCJ).
• There is no mention or court order for (Any Programs Probation Reccomends)
• SCRAM-(90 days)
The Judgment Of Conviction By Court-Waiver Of Jury Trial is fraudulent, illegally altered and the record falsified.

3.) Supplement/Amendment To Conditions Of Community Supervision-Filed October 13, 2011
• SCRAM- Indefinite Period
Please review the Defendant's signature. The signature does not belong to me. I did not sign this document. Proving the document has been illegally altered, the record falsified and the document is fraudulent. Judge Robb Catalano ordered the SCRAM to be reviewed every year.

Leticia McWilliams

4.) Thumbprint Comparison- Please Review:
• Fingerprint page of Conditions Of Community Supervision (probation stipulation)- Filed January 19, 2010
• Fingerprint page of Judgment Of Conviction By Court- Waiver Of Jury Trial-Signed and Entered on January 22, 2010
• Fingerprint page of Judgment Revoking Community Supervision-Signed and Entered on April 10, 2014. The thumbprint (a) is not legitimate or valid and (b) appears not to match the two previous thumbprints taken.

5.) Please review and compare the signatures for Judge Robb Catalano. All signatures for Judge Robb Catalano are completely different.
• Signature Page- Supplement/Amendment To Conditions Of Community Supervision Mentally Impaired Offenders- Filed January 19, 2011
• Signature Page- Petition To Revoke Probated Sentence- Filed July 22, 2011
• Motion To Dismiss Petition To Revoke Probation Or Petition To Proceed To Adjudication- Filed October 13, 2011
• Supplement/Amendment To Conditions Of Community Supervision-Filed October 13, 2011
• Signature Page-State's Second Petition To Revoke Probated Sentence- Filed February 04, 2014
• Signature Page-Judgment Revoking Community Supervision-Signed and Entered on April 10, 2014

Leticia McWilliams

6.) Hold-No Bond, Fee arrearage to be paid current. Please review the State's First and Second Petition To Revoke Probated Sentence. I have been incarcerated for fee's with a hold-no bond. I am currently incarcerated for fee's with a hold-no bond (never had a bail hearing).

Under Texas Constitution Article 1. Bill of Rights
• Section 11 Bail - All prisoners shall be bailable by sufficient sureties.
   • In violation - I have been incarcerated for alleged probation violations (not new charge(s)) with a Hold-No Bond and never had a bail hearing.
• Section 13 - Excessive Bail or Fines. Cruel and Unusual Punishment. Remedy By Due Course Of Law
   • In violation - Hold-No Bond without bail hearing (cruel and unusual punishment)
• Section 18 - Imprisonment For Debt. No person shall ever be imprisoned for debt.
   • In violation - Incarcerated for not being able to pay fee's. (Fee arrearage to be paid current)

* A copy of this information has been given to the Court Of Criminal Appeals *

CID # 0718569
Case # 1174887
Appellate # 02-14-00142CR

Leticia McWilliams

April 27, 2015